# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Jerome Spencer,
Denice Drayton-lord,
**PLAINTIFF(S)/ PRO SE,**

V.

National Labor Relation Board,
**DEFENDANT,**

## COMPLAINT

### Parties

Jerome Spencer, Plaintiff in the above matter is a resident of 30 Hemmingway Street, Boston Massachusetts and is a citizen of the Untied States.

Denice Drayton-Lord, Plaintiff in the above matter is a resident of 18 Floyd Street, Boston Massachusetts and is a citizen of the United States.

The National Labor Relation Board, Defendant in this above matter is a Boston based organization, located at 10 Causeway Street in Boston Massachusetts and is a governmental Agency of the United States.

The United States Court District of Massachusetts has jurisdiction over the matter pursuant to 28 U.S.C. s1332.

### Facts

On or about July 2010 Plaintiff(s) was wrongfully terminated and was not properly represented by the Union in which Plaintiff(s) where members in good standing with Local 26 causing Plaintiff(s) to act on their right to due process.

Attached are documents in which Plaintiff(s) believe judgement should be granted in favor of plaintiff's Denice Daryton-Lord and Jerome Spencer for willful misconduct of the law violation of the Declaration Of Independence and the Us Constitution, Amendment 14, section (1) no state should abridge the Privileges or the immunities of citizens of the United States, nor shall any state deprive any person of Life Liberty property without Due Process of Law Nor deny any person within its jurisdiction the equal protection of the Law.

Based on the facts that Plaintiff(s) was denied the right due process and or protection under the union membership, the National Labor Relations Board should not have dismissed the many complaints filed by people of color. If this is even remotely true these board members of NLR should not have been looking into Plaintiff(s) case or the 15 other cases that the NLR board members served in violation of the appointments.

NLR board act and still continue to look out for the best interest of the union and based on the fact that the US court of Appeals for the District Of Columbia invalidated Board member Solomon appointment he should not have looking into Plaintiff(s) nor the 15 others cases for the simple fact that the court of appeal found him to be unqualified to serve in his position in which he held from 2010- 2013.

The Board member while being unqualified made rulings in Plaintiff(s) matter in 2010 causing Plaintiff(s) to asking that this Honorable Us court of Appeals for the District of Massachusetts to move Plaintiff(s) case for Damages to be paid for willful negligence of all NRL board members that continued to cover up the violation of the invalid board member's and dismiss cases filed from 2010 to 2014.

Around January 15, 2013 12:32 pm; A pro business group called for the resignation of Richard Griffin and for him to put aside his commitment to rewarding his big labor bosses to the detriment of American employees and employers and resign his post as a member of the national labor relation board quoted by Fred Wszolek Spokesman for the work force Fairness institute, The recent complaint names his as defendant and details his role in an embezzlement scheme clearly makes him unsuitable to serve as a unbiased arbiter deciding matters that significantly impact American workers.

## Closing

Based on the signature on the above-mentioned actions of the National Labor Relation Board we, the Plaintiff (s) humbly request for damages to be paid to all parties damaged by this illegal rulings by the National Labor Relations Board.

Just this recently, United States Government filed a complaint in the United States District Court against local 26 for refusing to allow her to look at Plaintiff(s) contract of unite here local 26 another instance where the National Labor Relations Board is acting biased towards African-Americans that went to them as a whole and did nothing but dismiss Plaintiff(s) cases but they can file a charge for one individual who they fail to name because of the biased way African-Americans continue to be treated by this National Labor Relation Board.

The on-going to-date cover ups of these labor board officials should be addressed and board member who served as a former Union Member or former lawyers for any union is considered conflict of interest which is willful misconduct.

We humbly request that the United States District Court for the District of Massachusetts order the National Labor Relation Board in the Commonwealth of Massachusetts to follow the order of the Appeals Court for the District of Columbia decision and make us whole in every way as a result of the order of the *Court of appeals for the District of Columbia.*

Again, Jerome Spencer and Denice Drayton-Lord, Plaintiff(s) seeking damages to be paid for willful neglect of their duties in making sure every member has the same equal treatment and protection of the law provided by the constitution Due Process right to be heard by an arbitrator. Damages should be paid from 2010 to present in the amount of 1.2 million or the fair amount the courts see fit.

The on-going to-date cover ups of these labor board officials should be addressed and board member who served as a former Union Member or former lawyers for any union is considered conflict of interest which is willful misconduct.

Here is a list of names of people accused of violence in the work place and received more favorable treatment both of outside our race and nationality which the list goes on but I will not tie the courts up with this we are both just pleasing with the court to remand both our cases back to the national labor relation board so that we receive the same fair and equal treatment that these five employees received with back pay and damages.

(1) Carolyn Donovan was alledgedly fired for work place violence fired and and reinstated with back-pay within a year thru help of local 26.
(2) Gloria Avila was alledgedly fired for second incident of work place violence and reinstated within a months time with help of local 26.
(3) Peter Sanchez was alledgely fired for being involved in an incident considered unsafe ~~inappropriate~~ behavior was reinstated within a months time thru help of local 26.

This is the list of two African americans who was alledgedly fired one for stealing a piece of candy the other for alledgely threatening a manager which was clearly based on hearsay never received A Verbal Warning Writren Warning, straight to suspension and termination which the company haid a policy consistant of giving a verbal warning written warning coaching suspension then termination, person accused of alledgedly stealing a piece of candy haid a warning but not for the issue she was terminated for.

So as you can see the people names at the top of the page received more favorable treatment than most people of color did this fair and unequal treatment should not be allowed to continue where our Due process of the law is ignored our constitutional rights to be ignored no branch of government state or federal has the right to deprive abridge or make any law this intendent to deprive a citizen of the rights of Due process which this union continued to do to people of color who was alledgely fired for less serious incidents than their counterparts were and we are begging that justice be served.

----------------------------------------------------------

----------------------------------------------------------

Also attached is certified documents I sent and no one can find my mail